## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

ROB SHORTESS, ET AL.

CIVIL ACTION

VERSUS

22-538-SDD-RLB

VELOX EXPRESS, INC.

## RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr. dated November 30, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion to Remand*[3] is DENIED.

Signed in Baton Rouge, Louisiana, on this _____ day of January, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 8.
[2] Rec. Doc. 17.
[3] Rec. Doc. 8.